Marcus GORGES v. UNITED STATES of America.
No. 466.

Circuit Court of Appeals, Tenth Circuit.
April 15, 1931.

· Hal M. Black, of Wichita, Kan., for appellant. ·

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed April 15, 1931, on motion of appellant.